HUC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 AUG -7 AM 10:50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | Magistrate Docket No. '08 MJ 2444 |
| v. | **COMPLAINT FOR VIOLATION OF:** |
| **Guadalupe GONZALEZ-Astorga,** Defendant | Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **August 6, 2008** within the Southern District of California, defendant, **Guadalupe GONZALEZ-Astorga,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **7th DAY** OF **AUGUST 2008**

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

DOA
8/6/08 ECL

Hwc

**CONTINUATION OF COMPLAINT:**
**Guadalupe GONZALEZ-Astorga**

## PROBABLE CAUSE STATEMENT

On August 6, 2008, Border Patrol Agent M. Darnell was assigned to line watch duties in the vicinity of Dulzura, California. This area is located approximately two miles north, and twelve miles east of the Otay Mesa, California Port of Entry. At approximately 5:25 a.m., Border Patrol dispatch notified agents of a possible group of illegal aliens in the area where Agent Darnell was working. Agent Darnell responded to investigate and was notified by infrared scope operator, Border Patrol Agent J. Torres, of six suspected illegal aliens near his location. After searching for approximately 30 minutes, Agent Darnell found six individuals hiding in between some rocks and the thick brush. Agent Darnell identified himself as a United States Border Patrol Agent and questioned each individual separately as to their country of Citizenship. All six, including one later identified as the defendant **Guadalupe GONZALEZ-Astorga**, stated they were citizens and nationals of Mexico without any immigration documents which would allow them to legally remain in the United States. All six were placed under arrest at approximately 6:00 a.m., and transported to the Brown Field Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on April 14, 2008 through **Laredo, Texas**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights and he was willing to make a statement without an attorney present. GONZALEZ freely admitted to being a citizen and national of Mexico, illegally in the United States, without the proper documents that would allow her to enter or remain in the United States legally.